IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| GREGORY HARTMAN | : | |
| Debtor | : | Bankruptcy No. 19-16346 - jkf |

## CERTIFICATE OF SERVICE

I, Jeffrey C. McCullough, attorney for the Debtor, do hereby certify under penalty of perjury that I delivered by first class and electronic mail a copy of the Amended Chapter 13 Plan in the above captioned matter on January  to those listed below:

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

PNC Bank, N.A
3232 Newmark Drive
Miamisburg, OH 45342

Scott F. Waterman, Esquire
Chapter 13 Trustee
ecfmail@readingch13.com

US Trustee
USTPRegion03.PH.EDF@usdoj.gov

   /s/Jeffrey C. McCullough
Jeffrey C. McCullough, Esquire
Counsel for Debtor
BOND & McCULLOUGH
16 North Franklin Street, Suite 300
Doylestown, PA  18901
(215) 348-8133
(215) 3480428 - Fax