UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
| --- | --- |
| Gregory Hartman | Bankruptcy No.19-16346-JKF |
| Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 25th day of February, 2020, by first class mail upon those listed below:

Gregory Hartman
5608 Spruce Mill Drive
Yardley, PA  19067

**Electronically via CM/ECF System Only:**

JEFFREY C MC CULLOUGH ESQ
16 N FRANKLIN ST, STE 300
DOYLESTOWN, PA  18901

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee