IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        :        CHAPTER 13
    GREGORY HARTMAN                :
           Debtor              :        Bkcy No. 19-16346 jkf

## AMENDED SCHEDULE D – CREDITORS WHO HAVE CLAIMS SECURED BY PROPERTY

To the Clerk, U.S. Bankruptcy Court:

    Attached hereto is Debtor's Amended Schedule D – Creditors Who Have Claims Secured By Property.

    I, GREGORY HARTMAN, declare under penalty of perjury that I have read the attached Amended Schedule D and that it is true and correct to the best of my knowledge, information and belief.

  2/25/2020                            /s/Gregory Hartman
Date

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gregory** | **Hartman** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number: 19-16346
(if known)

☒ Check if this is an amended filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| 2.1 | **Commonwealth of Pennsylvania**<br>Creditor's Name<br>**Department of Revenue**<br>**P.O. Box 281041**<br>**Harrisburg, PA**<br>**17128-1041**<br>Number, Street, City, State & Zip Code | $40.57 | $262,076.00 | $0.00 |

Describe the property that secures the claim:
**5608 Spruce Mill Drive Yardley, PA 19067  Bucks County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☒ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

Official Form 106D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Gregory Hartman**     Case number (if known)   **19-16346**
First Name    Middle Name    Last Name

| 2.2 | **PNC Bank** | Describe the property that secures the claim: | $259,267.90 | $262,076.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

5608 Spruce Mill Drive Yardley, PA 19067   Bucks County

**P.O.Box 1820**
**Dayton, OH 45401-1820**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number   **0053**

| 2.3 | **U.S. Department of Housing and** | Describe the property that secures the claim: | $63,204.15 | $262,076.00 | $36,625.72 |
|---|---|---|---|---|---|

Creditor's Name

5608 Spruce Mill Drive Yardley, PA 19067   Bucks County

**Urban Development**
**451 7th Street S.W.**
**Washington, DC 20410**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number   **7640**

Add the dollar value of your entries in Column A on this page. Write that number here:    **$322,512.62**
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    **$322,512.62**

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 2 of 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy