IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        CHAPTER 13
    GREGORY HARTMAN                 :
            Debtor          :        BANKRUPTCY NO. 19-16346 jkf

## CERTIFICATION OF NO OBJECTION

    The undersigned, as attorney for Debtor, hereby certifies that No Answer and/or

Objection, or other responsive pleading or request for a hearing has been filed by any party on or

before the last filing date of April 19, 2020 regarding the Application for Compensation of

Debtor's Counsel.


  __April 20, 2020__                          __/s/Jeffrey C. McCullough__
Date                                        Jeffrey C. McCullough, Esquire
                                         Attorney for Debtor
                                         16 N. Franklin St., Suite 300
                                         Doylestown, PA 18901
                                         215-348-8133
                                         215-348-0428 - Fax