IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| GREGORY HARTMAN | : | |
| Debtor | : | BANKRUPTCY NO. 19-16346 jkf |

### ORDER ALLOWING COMPENSATION TO DEBTOR'S COUNSEL

AND NOW, this         day of                  , 2020, upon consideration of the Application for Compensation and Reimbursement of Expenses, it is hereby

ORDERED AND DECREED, that said application is approved, and it is

FURTHER ORDERED that Jeffrey C. McCullough, Esquire is hereby allowed the sum of $4,260.00 as compensation for professional services rendered as counsel to Debtor in connection with performance of his representation which sum of $2000.00 has already been paid as a pre-petition retainer. The balance of the fee of $2,260.00 is to be paid to the extent provided for by the terms of the Debtor's Confirmed Chapter 13 Plan.

BY THE COURT:

**Date: April 21, 2020**

JEAN K. FITZSIMON
U.S. Bankruptcy Judge