United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gregory Hartman  
       Debtor

Case No. 19-16346-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: TashaD | Page 1 of 1 | Date Rcvd: Apr 21, 2020 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2020.
db     +Gregory Hartman,    5608 Spruce Mill Drive,    Yardley, PA 19067-7288

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2020     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2020 at the address(es) listed below:
    JEFFREY C. MCCULLOUGH   on behalf of Debtor Gregory   Hartman jeffmccullough@bondmccullough.com, mbehrlacher@bondmccullough.com
    KEVIN G. MCDONALD   on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
    SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    GREGORY HARTMAN :
        Debtor : BANKRUPTCY NO. 19-16346 jkf

### ORDER ALLOWING COMPENSATION TO DEBTOR'S COUNSEL

AND NOW, this      day of            , 2020, upon consideration of the Application for Compensation and Reimbursement of Expenses, it is hereby

ORDERED AND DECREED, that said application is approved, and it is

FURTHER ORDERED that Jeffrey C. McCullough, Esquire is hereby allowed the sum of $4,260.00 as compensation for professional services rendered as counsel to Debtor in connection with performance of his representation which sum of $2000.00 has already been paid as a pre-petition retainer. The balance of the fee of $2,260.00 is to be paid to the extent provided for by the terms of the Debtor's Confirmed Chapter 13 Plan.

BY THE COURT:

*Jean K. Fitzsimon* (signature)

**Date: April 21, 2020**

JEAN K. FITZSIMON
U.S. Bankruptcy Judge