| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 19-16346-AMC

| | |
|---|---|
| Gregory Hartman | Petition Filed Date: 10/09/2019 |
| 5608 Spruce Mill Drive | 341 Hearing Date: 11/22/2019 |
| Yardley  PA   19067 | Confirmation Date: 04/01/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/14/2019 | $1,335.00 | | 12/12/2019 | $1,335.00 | | 01/13/2020 | $1,335.00 | |
| 02/12/2020 | $1,335.00 | | 03/13/2020 | $1,335.00 | | 04/21/2020 | $1,335.00 | |
| 05/18/2020 | $1,335.00 | | 06/19/2020 | $1,335.00 | | 07/21/2020 | $1,335.00 | |

**Total Receipts for the Period:  $12,015.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $12,015.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Secured Creditors | $40.57 | $0.00 | $40.57 |
| 2 | US DEPT OF HUD<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03P | Priority Crediors | $13,827.25 | $7,438.80 | $6,388.45 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 03U | Unsecured Creditors | $7,817.44 | $0.00 | $7,817.44 |
| 5 | PNC BANK NA<br>»» 004 | Mortgage Arrears | $63,587.33 | $0.00 | $63,587.33 |
| 0 | JEFFREY C MC CULLOUGH ESQ | Attorney Fees | $2,260.00 | $2,260.00 | $0.00 |

**Chapter 13 Case No. 19-16346-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,015.00 | Current Monthly Payment: | $1,335.00 |
| Paid to Claims: | $9,698.80 | Arrearages: | $1,335.00 |
| Paid to Trustee: | $1,114.70 | Total Plan Base: | $88,727.94 |
| Funds on Hand: | $1,201.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.