Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-16346-AMC**

Gregory Hartman  
5608 Spruce Mill Drive  
Yardley  PA    19067

Petition Filed Date: 10/09/2019  
341 Hearing Date: 11/22/2019  
Confirmation Date: 04/01/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $1,335.00 | | 02/12/2020 | $1,335.00 | | 03/13/2020 | $1,335.00 | |
| 04/21/2020 | $1,335.00 | | 05/18/2020 | $1,335.00 | | 06/19/2020 | $1,335.00 | |
| 07/21/2020 | $1,335.00 | | 08/20/2020 | $1,335.00 | | 09/15/2020 | $1,335.00 | |
| 10/14/2020 | $1,335.00 | | 11/17/2020 | $1,335.00 | | 12/14/2020 | $1,335.00 | |
| 01/15/2021 | $1,335.00 | | 02/16/2021 | $1,335.00 | | 03/09/2021 | $1,335.00 | |
| 04/20/2021 | $1,335.00 | | 05/18/2021 | $1,335.00 | | | | |

**Total Receipts for the Period: $22,695.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $25,365.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Secured Creditors | $40.57 | $0.00 | $40.57 |
| 2 | US DEPT OF HUD<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03P | Priority Crediors | $13,827.25 | $13,827.25 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 03U | Unsecured Creditors | $7,817.44 | $0.00 | $7,817.44 |
| 5 | PNC BANK NA<br>»» 004 | Mortgage Arrears | $63,587.33 | $7,103.87 | $56,483.46 |
| 0 | JEFFREY C MC CULLOUGH ESQ | Attorney Fees | $2,260.00 | $2,260.00 | $0.00 |

**Chapter 13 Case No. 19-16346-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,365.00 | Current Monthly Payment: | $1,500.00 |
| Paid to Claims: | $23,191.12 | Arrearages: | $2,655.00 |
| Paid to Trustee: | $2,169.35 | Total Plan Base: | $88,727.94 |
| Funds on Hand: | $4.53 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.