| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-16346-AMC**

| | |
|---|---|
| Gregory Hartman | Petition Filed Date: 10/09/2019 |
| 5608 Spruce Mill Drive | 341 Hearing Date: 11/22/2019 |
| Yardley  PA    19067 | Confirmation Date: 04/01/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $1,335.00 | | 05/18/2021 | $1,335.00 | | 06/18/2021 | $1,335.00 | |
| 07/16/2021 | $1,335.00 | | 08/16/2021 | $1,335.00 | | 09/16/2021 | $1,335.00 | |
| 10/19/2021 | $1,335.00 | | 11/22/2021 | $1,335.00 | | 12/20/2021 | $1,335.00 | |
| 01/18/2022 | $1,335.00 | | 03/01/2022 | $1,335.00 | | 03/23/2022 | $1,335.00 | |
| 04/20/2022 | $1,335.00 | | 05/19/2022 | $1,335.00 | | 06/17/2022 | $1,335.00 | |
| 07/21/2022 | $1,335.00 | | | | | | | |

**Total Receipts for the Period: $21,360.00    Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $44,055.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE<br>»»  001 | Secured Creditors | $40.57 | $15.44 | $25.13 |
| 2 | US DEPT OF HUD<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»»  03P | Priority Creditors | $13,827.25 | $13,827.25 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»»  03U | Unsecured Creditors | $7,817.44 | $0.00 | $7,817.44 |
| 5 | PNC BANK NA<br>»»  004 | Mortgage Arrears | $63,587.33 | $24,180.96 | $39,406.37 |
| 0 | JEFFREY C MC CULLOUGH ESQ | Attorney Fees | $2,260.00 | $2,260.00 | $0.00 |

**Chapter 13 Case No. 19-16346-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $44,055.00 | Current Monthly Payment: | $1,500.00 |
| Paid to Claims: | $40,283.65 | Arrearages: | $3,465.00 |
| Paid to Trustee: | $3,771.35 | Total Plan Base: | $88,727.94 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.