Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 19-16346-AMC**

Gregory Hartman  
5608 Spruce Mill Drive  
Yardley  PA    19067

Petition Filed Date: 10/09/2019  
341 Hearing Date: 11/22/2019  
Confirmation Date: 04/01/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $1,335.00 | | 08/30/2022 | $3,630.00 | | 09/14/2022 | $1,500.00 | |
| 10/19/2022 | $1,500.00 | | 11/28/2022 | $1,500.00 | | 12/19/2022 | $1,500.00 | |
| 02/06/2023 | $1,500.00 | | 02/28/2023 | $1,500.00 | | 03/28/2023 | $1,500.00 | |
| 05/01/2023 | $1,500.00 | | 05/19/2023 | $1,500.00 | | 07/05/2023 | $1,500.00 | |
| 07/24/2023 | $1,500.00 | | | | | | | |

**Total Receipts for the Period:  $21,465.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $65,520.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Secured Creditors | $40.57 | $15.44 | $25.13 |
| 2 | US DEPT OF HUD<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03P | Priority Crediors | $13,827.25 | $13,827.25 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 03U | Unsecured Creditors | $7,817.44 | $0.00 | $7,817.44 |
| 5 | PNC BANK NA<br>»» 004 | Mortgage Arrears | $63,587.33 | $42,492.08 | $21,095.25 |
| 0 | JEFFREY C MC CULLOUGH ESQ | Attorney Fees | $2,260.00 | $2,260.00 | $0.00 |

Chapter 13 Case No. 19-16346-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $65,520.00 | Current Monthly Payment: | $1,500.00 |
| Paid to Claims: | $58,594.77 | Arrearages: | $1,500.00 |
| Paid to Trustee: | $5,548.55 | Total Plan Base: | $88,727.94 |
| Funds on Hand: | $1,376.68 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.