Certificate Number: 02921-PAE-DE-039106723

Bankruptcy Case Number: 19-16346



02921-PAE-DE-039106723

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 26, 2024, at 1:37 o'clock AM EST, Gregory Hartman completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 27, 2024            By:     /s/Paula Powers-Watts

                                    Name:   Paula Powers-Watts

                                    Title:  counselor